```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 12421
   CIPRIANO V MEDRANO
   LYDIA S MEDRANO                             CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-5577    SSN XXX-XX-4366

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/29/2006 and was confirmed 11/15/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/07/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
CITIFINANCIAL SERVICES     SECURED VEHIC      8134.28        839.80        2092.16
COOK COUNTY TREASURER      SECURED               .00            .00            .00
WELLS FARGO FINANCIAL IL   CURRENT MORTG         .00            .00            .00
WELLS FARGO FINANCIAL IL   MORTGAGE ARRE     7335.86            .00        7335.86
HARLEM FURNITURE           SECURED            592.00          18.39         197.15
INTERNAL REVENUE SERVICE   PRIORITY          2878.67            .00        2878.67
RESURGENT CAPITAL SERVIC   UNSECURED         1617.87            .00         169.74
CAPITAL ONE BANK           UNSECURED          783.37            .00          82.19
CAPITAL ONE                UNSECURED          878.70            .00          92.19
RESURGENT CAPITAL SERVIC   UNSECURED          721.52            .00          75.69
RESURGENT CAPITAL SERVIC   UNSECURED          281.23            .00          19.08
B-REAL LLC                 UNSECURED         6706.23            .00         703.59
RESURGENT CAPITAL SERVIC   UNSECURED         9001.20            .00         944.38
CITI CARDS                 UNSECURED        NOT FILED           .00            .00
CITIFINANCIAL              UNSECURED        NOT FILED           .00            .00
DISCOVER CARD              UNSECURED         3636.74            .00         381.55
ECAST SETTLEMENT CORP      UNSECURED         2188.21            .00         229.58
ECAST SETTLEMENT CORP      UNSECURED          379.45            .00          25.74
GE MONEY                   UNSECURED         4809.49            .00         504.60
ECAST SETTLEMENT CORP      UNSECURED         5557.72            .00         583.10
RESURGENT CAPITAL SERVIC   UNSECURED          448.87            .00          47.09
ECAST SETTLEMENT CORP      UNSECURED          724.74            .00          76.04
CREDITORS BANKRUPTCY SER   UNSECURED          350.81            .00          23.80
NICOR GAS                  UNSECURED        NOT FILED           .00            .00
SHELL/CITI                 UNSECURED        NOT FILED           .00            .00
THIRD/CBUSA                UNSECURED        NOT FILED           .00            .00
WELLS FARGO FINANCIAL IL   SECURED NOT I     1161.12            .00            .00
WFFINANCE                  UNSECURED        NOT FILED           .00            .00
NISSAN INFINITI            SECURED NOT I    12338.02            .00            .00
NISSAN INFINITI            SECURED NOT I     6097.67            .00            .00
INTERNAL REVENUE SERVICE   UNSECURED          113.46            .00            .00
WORLD FINANCIAL NETWORK    UNSECURED          647.47            .00          67.93

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 12421 CIPRIANO V MEDRANO & LYDIA S MEDRANO
```

```
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY          .00                          .00
TOM VAUGHN                TRUSTEE                                      1,107.91
DEBTOR REFUND             REFUND                                            .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  18,496.23

PRIORITY                                         2,878.67
SECURED                                          9,625.17
    INTEREST                                       858.19
UNSECURED                                        4,026.29
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                             1,107.91
DEBTOR REFUND                                         .00
                         ---------------    ---------------
TOTALS                   18,496.23               18,496.23
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 04/23/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE